IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **BILLI ANNE RAINING BIRD MORSETTE,** **Defendant.** | CR 15-40-GF-BMM ORDER |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that Count II of the indictment against Billi Anne Raining Bird Morsette in this matter is DISMISSED.

DATED this 24th day of March, 2016.

_____
Brian Morris
United States District Court Judge

1