IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLI ANNE RAINING BIRD MORSETTE,<br><br>Defendant. | CR 15-40-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Billi Anne Raining Bird Morsette (Morsette) has been accused of violating the conditions of her supervised release. Morsette admitted all of the alleged violations, except alleged violation 6. The Court dismissed alleged violation 6 on the government's motion. Morsette's supervised release should be revoked. Morsette should be placed in custody for 7 months, with no supervised release to follow.

## II. Status

Morsette pleaded guilty to Conspiracy to Embezzle Tribal Funds on December 1, 2015. (Doc. 44). The Court sentenced Morsette to 41 months of custody, followed by 3 years of supervised release. (Doc. 74). The Court reduced

Morsette's sentence to time served on September 21, 2017, in response to the government's Rule 35 motion. (Doc. 106).

**Petition**

The United States Probation Office filed a Petition on October 5, 2022, requesting that the Court revoke Morsette's supervised release. (Doc. 142). The Petition alleged that Morsette had violated the conditions of her supervised release: 1) by using methamphetamine on two separate occasions; 2) by failing to report for mental health treatment on two separate occasions; 3) by failing to comply with the terms of her substance abuse treatment program; 4) by failing to report for substance abuse treatment; and 5) by failing to report for substance abuse testing.

**Initial appearance**

Morsette appeared before the undersigned for her initial appearance on May 16, 2023. Morsette was represented by counsel. Morsette stated that she had read the petition and that she understood the allegations. Morsette waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a joint revocation hearing in this case and in Cause

2

CV 15-61-GF-BMM-JTJ on May 16, 2023. Morsette admitted that she had violated the conditions of his supervised release: 1) by using methamphetamine on two separate occasions; 2) by failing to report for mental health treatment on two separate occasions; 3) by failing to comply with the terms of her substance abuse treatment program; and 4) by failing to report for substance abuse testing. The Court dismissed alleged violation 6 on the government's motion. The violations that Morsette admitted are serious and warrant revocation of Morsette's supervised release.

Morsette's violations are Grade C violations. Morsette's criminal history category is I. Morsette's underlying offenses are Class B and C felonies. Morsette could be incarcerated for up to 24 months. She could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Morsette's supervised release should be revoked. Morsette should be placed in custody for 7 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary. This sentence should run concurrent with the sentence imposed in Cause CV 15-61-GF-BMM-JTJ.

3

## IV. Conclusion

The Court informed Morsette that the above sentence would be recommended to Chief United Stated District Judge Brian Morris. The Court also informed Morsette of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Morsette that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Billi Anne Running Bird Morsette violated the conditions of her supervised release: by using methamphetamine on two separate occasions; by failing to report for mental health treatment on two separate occasions; by failing to comply with the terms of her substance abuse treatment program; and by failing to report for substance abuse testing.

The Court **RECOMMENDS:**

> That the District Court revoke Morsette's supervised release and commit Morsette to the custody of the United States Bureau of Prisons for 7 months, with no supervised release to follow. This sentence should run concurrent with the sentence imposed in Cause CR 15-61-GF-BMM-JTJ.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 17th day of May, 2023.

John Johnston
United States Magistrate Judge